FILED
DEC 14 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

12-10-23

To whom it concerns,

1:23cv363 HSO-LGI

My name is Matthew Thomas Murphy, D.O.B.         81, Case # B2301-14-0067 & I have a very serious issue. I am innocent, but no one would or will help me prove it, nor even help me obtain the evidences I've been requesting for years in order to make my case. Due process has effectivly been hindered in that I have been blocked from producing exculpatory evidences & where I had the opportunity to do so my lawyer neglected to - even when explicitly told to do so. It should be noted here that my court appointed lawyer is the prosecutor in the town I was charged in... A fact revealed to me during my trial by another inmate going through simular circumstances. The lawyer in question being Damian L. Holcomb.

I've now been convicted of "Attempted touching of a child with lustful purposes" but I am truly innocent. I have been told that I am the only person ever tried & convicted of this offense. Moreover I've been given the maximum sentence of 30 years with 10 suspended. (2 counts from 1 event run consecutive) Whats more is I must do all of my time in a county facility due to extenuating circumstances wherein Canada would not release me into U.S. custody without some sort of agreement along those lines due to the D.O.J. reports about the prisons here. This causes even more issues that I need to address somehow with little to no help & from the position of knowing nothing about the "law".

I filed a "Motion for new trial" to the best of my ability & within the 14 day window of opportunity, but I have no idea whats become of that. It has been "filed" for nearly 2 months now with no response. I dont know what to do or who to talk to. I'm alone in this world. ~~~~~~ Please help!

In 2012 I proved in Judge Stecklers court, in the family court of Gulfport that there was a plan to set me up with sexual allegations. A DHS official named Celeste Proulx was involved. I proved my case using Audio & video evidences which were placed in the record. My lawyer was →

a man named Paul Barber. The evidence was overwhelming.

I agreed orally to a sort of Non-disclosure agreement wherein I wouldn't bring up the dirt & in exchange I'd be granted full custody. I recieved full custody, but 4 months later these allegations went forward anyways.

To make a long story short (since I dont even know if this'll be read & considered) these court transcripts & evidences are supposedly "unable to be located". I told federal authorities about this & its been acknowledged, but nobody will do anything to dig into this. Furthermore exculpatory evidence does exist in the youth court files pertaining to my "Shelter hearing" dated 9-24-12 as revealed during my trial, but for some reason I was blocked from providing that evidence! It proved the children had been being psychologically trained to associate their dad with sex during & through the same time it was proved an individual was trying to set me up with sexual allegations in order to end my rights as a father. The person who hired the psyche & the person trying to set me up was one & the same... but this is all being hidden. Who do I talk to about all this, or what can I do? How can I appeal? Why is the system soooo unjust?

① How can I force either a release of the family court proceedings or an official acknowledgement that they are missing? ② How can I get a copy of the youth court transcripts ③ How can I appeal or get a new trial? ④ Are there any options for finding a lawyer pro bono through snail mail? I have no outside help. ⑤ Do I have a legal right (religious) to my wedding band?

Please help me. If you need anymore info or want me to explain everything just let me know. Pen & paper is scarce so I don't want to waste it. Thank you for your time & patience. Matthew Murphy. -M